JOYCE C. WANG [Bar No.: 121139]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898
Email: jwang@ccplaw.com

Attorneys for Defendant
FACTORY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEELABRATOR TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> vs. <br><br> FACTORY MUTUAL INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: C 17-1357-MMC <br><br> [PROPOSED] ORDER EXTENDING DATES FOR ANSWER AND INITIAL CASE MANAGEMENT CONFERENCE <br><br> Judge: Hon. Maxine M. Chesney <br><br> Complaint Filed: March 13, 2017 |

The Parties have entered into a Stipulation to Extend Time to File Answer and Initial Case Management Conference, attached hereto as Exhibit A.

NOW THEREFORE, in recognition of the foregoing, the Parties agree and stipulate, subject to the Court's approval, to the following:

1. Defendant's Answer to Plaintiff's Complaint is due May 26, 2017;
2. Rule 26 Conference will be on June 30, 2017;
3. The Rule 26(f) Report and Initial Disclosures are due July 14, 2017; and
4. The Initial Case Management Conference will be on July 21, 2017.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
HON. MAXINE M. CHESNEY
U.S.D.C., Northern District Of California

1

[PROPOSED] ORDER EXTENDING DATES FOR ANSWER AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 17-1357-MMC

# EXHIBIT A

| | |
|---|---|
| 1 | JOYCE C. WANG [Bar No.: 121139] |
| 2 | CARLSON, CALLADINE & PETERSON LLP<br>353 Sacramento Street, 16th Floor |
| 3 | San Francisco, California 94111<br>Telephone:  (415) 391-3911 |
| 4 | Facsimile:  (415) 391-3898<br>Email:  jwang@ccplaw.com |
| 5 | Attorneys for Defendant |
| 6 | FACTORY MUTUAL INSURANCE<br>COMPANY |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHEELABRATOR TECHNOLOGIES INC., | CASE NO.: C 17-1357-MMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE ANSWER AND INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| FACTORY MUTUAL INSURANCE COMPANY, | Judge: Hon. Maxine M. Chesney |
| Defendant. | Complaint Filed: March 13, 2017 |

IT IS HEREBY STIPULATED by and between plaintiff Wheelabrator Technologies, Inc. ("Wheelabrator") and defendant Factory Mutual Insurance Company ("Factory Mutual") as follows:

WHEREAS, the parties have agreed to mediate this action with JAMS Neutral David Geronemus on June 15, 2017;

WHEREAS, under the current schedule and the Order Setting Initial Case Management Conference and ADR Deadlines, the Answer is due April 21, 2017, the Rule 26 Conference is May 26, 2017; the Rule 26(f) Report and Initial Disclosures are due June 9, 2017, and the Initial Case Management Conference is June 16, 2017;

1

STIPULATION TO EXTEND TIME TO FILE ANSWER AND INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 17-1357-MMC

1     WHEREAS, the Parties are in agreement to minimize potentially unnecessary legal fees and expenses in the event the mediation is successful.

    NOW THEREFORE, in recognition of the foregoing, the Parties agree and stipulate, subject to the Court's approval, to the following:

1. Defendant's Answer to Plaintiff's Complaint is due May 26, 2017;
2. Rule 26 Conference will be June 30, 2017;
3. The Rule 26(f) Report and Initial Disclosures are due July 14, 2017;
4. The Initial Case Management Conference will be July 21, 2017.

Dated: April 19, 2017     CARLSON CALLADINE & PETERSON LLP

By: /s/*Joyce C. Wang*
    Joyce C. Wang
    Attorneys for DEFENDANT
    FACTORY MUTUAL INSURANCE COMPANY

Dated: April 19, 2017     PILLSBURY WINTHROP SHAWPITTMAN LLP

By: /s/*Geoffrey J. Greeves*
    Colin T. Kemp
    Geoffrey J. Greeves
    Attorneys for PLAINTIFF
    WHEELABRATOR TECHNOLOGIES INC.